732 A.2d 1053

IN THE MATTER OF LUBA ANNENKO, AN ATTORNEY AT LAW.

July 19, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **LUBA ANNENKO** of **CHERRY HILL,** who

was admitted to the bar of this State in 1983, and who was suspended from the practice of law for failure to pay a fee arbitration award and a sanction to the Disciplinary Oversight Committee effective June 5, 1999, by Order of this Court dated May 5, 1999, be restored to the practice of law, effective immediately.